07 CIV 9423

BADIAK & WILL, LLP
Attorneys for Plaintiff
106 3RD Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-M-004-JK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SWISS NATIONAL INSURANCE COMPANY
a/s/o Bystronic Maschinen AG Switzerland
and Bystronic, Inc.

                                     Case No.: **07 CV**

                Plaintiff,

       -against-                       **RULE 7.1 STATEMENT**

BLUE ANCHOR LINE, a division of Transpac
Container Systems Ltd., KUEHNE & NAGEL AG
and KUEHNE & NAGEL, INC., trading as BLUE
ANCHOR LINE,

                Defendants.
------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY.

                        **NONE**

Dated: October 22, 2007

                                              SIGNATURE OF ATTORNEY
                                              JAMES P. KRAUZLIS