UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SWISS NATIONAL INSURANCE COMPANY      Index No. 07 CIV 9423
a/s/o Bystronic Maschinen AG
Switzerland and Bystronic, Inc.,      RULE 7 DISCLOSURE

                         Plaintiff,

      -against-

BLUE ANCHOR LINE, a division of Transpac
Container Systems Ltd., KUEHNE & NAGEL,
AG and KUEHNE & NAGEL, INC., trading as
BLUE ANCHOR LINE,

                       Defendants.
-----------------------------------------------------------x

      In compliance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendants through their attorney Ernest H. Gelman, certify that there is no parent corporation or publicly held corporation that owns more than 10% of its stock.

                                            Ernest H. Gelman (EHG 4748)
                                            Attorney for Defendants
                                            350 Fifth Avenue, Suite 4908
                                            New York, NY 10118
                                            Telephone: (212) 332-2345
                                            Fax: (212) 332-8301

TO:   Badiak & Will, LLP
       Attorneys for Plaintiffs
       106 Third Street
       Mineola, NY 11501-4404