```
Form 27 - GENERAL PURPOSE
            BADIAK & WILL, LLP
            ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK   COUNTY
-----------------------------------------------
                                                    Index No. 07CIV9423LBS
SWISS NATIONAL INSURANCE CO. A/S/O    plaintiff
BYSTRONIC MASCHINEN AG SWITZERLAND                  Date Filed  ............
             - against -
                                                    Office No. 07-M-004-JK
BLUE ANCHOR LINE, ETC. ETAL           defendant
                                                    Court Date:   /  /
-----------------------------------------------
      STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:
```

**DANIEL KNIGHT**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the  **7th  day of November, 2007**    at   **01:45 PM.**,                       at
   **%KUEHNE & NAGEL, INC., 10 EXCHANGE PL.**
   **19TH FL., JERSEY CITY, NJ 07302**
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**

upon **BLUE ANCHOR LINE**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **JUERG BANDLE, SENIOR VICE PRESIDENT & MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
        SEX: **MALE**              COLOR: **WHITE**          HAIR: **WHITE**
        APP. AGE: **53**           APP. HT: **5:3**          APP. WT: **190**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
7th  day of  November, 2007k


JOEL GOLUB                                  DANIEL KNIGHT
Notary Public, State of New York            AETNA CENTRAL JUDICIAL SERVICES
   No.01G04751136                           225 BROADWAY, SUITE 1802
Qualified in NASSAU COUNTY                  NEW YORK, NY, 10007
Commission Expires 12/31/2009               Reference No: 3BWM89017

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99
Case 1:07-cv-09423-LBS   Document 5   Filed 02/29/2008   Page 2 of 2
JUDGE SAND

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

SWISS NATIONAL INSURANCE COMPANY
a/s/o Bystronic Maschinen AG
Switzerland and Bystronic, Inc.,

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 07 CIV 9423

BLUE ANCHOR LINE, a division of
Transpac Container Systems Ltd.,
KUEHNE & NAGEL AG and KUEHNE &
NAGEL, INC., trading as BLUE
ANCHOR LINE,

TO: (Name and address of defendant)

BLUE ANCHOR LINE
c/o KUEHNE & NAGEL, INC.
10 Exchange Place, 19th Floor
Jersey City, New Jersey 07302

KUEHNE & NAGEL AG and
KUEHNE & NAGEL, INC. trading as
BLUE ANCHOR LINE
c/o KUEHNE & NAGEL, INC.
10 Exchange Place, 19th Floor
Jersey City, New Jersey 07302

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BADIAK & WILL, LLP
106 Third Street
Mineola, New York 11501-4404
Our Ref.: 07-M-004-JK

an answer to the complaint which is herewith served upon you, within ___20___ days after service of th
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you f
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable peric
of time after service.

**J. MICHAEL McMAHON**
CLERK

(BY) DEPUTY CLERK

DATE OCT 2 2 2007