Form 27 - GENERAL PURPOSE

```
Form 27 - GENERAL PURPOSE
        BADIAK & WILL, LLP
        ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK   COUNTY
```

------------------------------------------------

SWISS NATIONAL INSURANCE CO. A/S/O     plaintiff
BYSTRONIC MASCHINEN AG SWITZERLAND
              - against -

BLUE ANCHOR LINE, ETC. ETAL            defendant

Index No. 07CIV9423LBS

Date Filed  . . . . . . . . . . . .

Office No. 07-M-004-JK

Court Date:   / /

------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**DANIEL KNIGHT** being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the  7th  day of November, 2007   at  01:45 PM.,                at
    %KUEHNE & NAGEL, INC. 10 EXCHANGE PL.
    19TH FL.JERSEY CITY, NJ 07302
I served a true copy of the
    SUMMONS AND COMPLAINT
    JUDGES RULES

upon **KUEHNE & NAGEL AG**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
    **JUERG BANDLE, SENIOR VICE PRESIDENT & MANAGING AGENT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
        SEX: **MALE**          COLOR: **WHITE**          HAIR: **WHITE**
        APP. AGE: **53**       APP. HT: **5:3**          APP. WT: **190**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
7th  day of  November, 2007k


JOEL GOLUB
Notary Public, State of New York
    No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

DANIEL KNIGHT
AETNA   CENTRAL  JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BWM89018

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

SWISS NATIONAL INSURANCE COMPANY
a/s/o Bystronic Maschinen AG
Switzerland and Bystronic, Inc.,

V.

BLUE ANCHOR LINE, a division of
Transpac Container Systems Ltd.,
KUEHNE & NAGEL AG and KUEHNE &
NAGEL, INC., trading as BLUE
ANCHOR LINE,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CIV 9423

TO: (Name and address of defendant)

BLUE ANCHOR LINE
c/o KUEHNE & NAGEL, INC.
10 Exchange Place, 19th Floor
Jersey City, New Jersey 07302

KUEHNE & NAGEL AG and
KUEHNE & NAGEL, INC. trading as
BLUE ANCHOR LINE
c/o KUEHNE & NAGEL, INC.
10 Exchange Place, 19th Floor
Jersey City, New Jersey 07302

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BADIAK & WILL, LLP
106 Third Street
Mineola, New York 11501-4404
Our Ref.: 07-M-004-JK

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

DATE: OCT 22 2007

(BY) DEPUTY CLERK