Form 07 - CORPORATION

**BADIAK & WILL, LLP**
**ATTN:**
U.S.SOUTHERN DIST. COURT       NEW YORK   COUNTY
-----------------------------------------------

Index No. **07CIV9423LBS**

SWISS NATIONAL INSURANCE CO. A/S/O        plaintiff
BYSTRONIC MASCHINEN AG SWITZERLAND

Date Filed  ............

    - against -

Office No. **07-M-004-JK**

BLUE ANCHOR LINE, ETC. ETAL            defendant

Court Date:    / /

-----------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

**DANIEL KNIGHT**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **7th** day of **November, 2007** at **01:45 PM.,**   at
    %KUEHNE & NAGEL,INC. 10 EXCHANGE PL.
    19TH FL.,JERSEY CITY, NJ 07302

I served a true copy of the
    **SUMMONS AND COMPLAINT**
    **JUDGES RULES**

upon **KUEHNE & NAGEL, INC.TRADING AS BLUE ANCHOR LINE**
**a domestic corporation, the   DEFENDANT** therein named by delivering to, and leaving personally with
        **JUERG BANDLE, SENIOR VICE PRESIDENT & MANAGING AGENT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
        SEX: **MALE**         COLOR: **WHITE**        HAIR: **WHITE**
        APP. AGE: **53**      APP. HT: **5:3**        APP. WT: **190**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
7th   day of  November,          2007k

JOEL GOLUB
Notary Public, State of New York
    No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

DANIEL KNIGHT
AETNA CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BWM89019

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

SWISS NATIONAL INSURANCE COMPANY
a/s/o Bystronic Maschinen AG
Switzerland and Bystronic, Inc.,

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 07 CIV 9423

BLUE ANCHOR LINE, a division of
Transpac Container Systems Ltd.,
KUEHNE & NAGEL AG and KUEHNE &
NAGEL, INC., trading as BLUE
ANCHOR LINE,

TO: (Name and address of defendant)

BLUE ANCHOR LINE
c/o KUEHNE & NAGEL, INC.
10 Exchange Place, 19th Floor
Jersey City, New Jersey 07302

KUEHNE & NAGEL AG and
KUEHNE & NAGEL, INC. trading as
BLUE ANCHOR LINE
c/o KUEHNE & NAGEL, INC.
10 Exchange Place, 19th Floor
Jersey City, New Jersey 07302

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BADIAK & WILL, LLP
106 Third Street
Mineola, New York 11501-4404
Our Ref.: 07-M-004-JK

an answer to the complaint which is herewith served upon you, within ___20___ days after service of th summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you f the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable peric of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE    OCT 22 2007