**MEMO ENDORSED**

# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

105 THIRD STREET
MINEOLA, NY 11501-4404

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160


RECEIVED MAR - 6 2008 CHAMBERS OF LEONARD B. SAND

March 6, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-7-08

**VIA TELEFAX ONLY 212-805-7919 - Two Pages**

Honorable Leonard B. Sand
United States District Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007

RE: Swiss National Insurance Company v.
Blue Anchor Line, et al.
Docket Number: 07 Civ. 9423 (LBS)
Our Ref.: 07-M-004-JK

Honorable Leonard B. Sand:

As Your Honor may recall, we represent the plaintiff in the captioned proceeding and at a conference held before Your Honor on January 30, 2008, agreed with defense counsel to submit a set of Stipulated Facts as well as Briefing Schedule for Your Honor's consideration and decision on the issues relating to the application of the carrier's bill of lading terms and provisions to the Carriage of Goods and the accident which ensued therein while being trucked from New York to Kentucy.

We have prepared a proposed set of Stipulation Facts and provided same to opposing counsel, Mr. Gelman, and have been in communication with Mr. Gelman. However, we had previously requested a one (1) week adjournment for submitting the Stipulated Facts and Briefing Schedule as Mr. Gelman was required to be out of his office to attend to family business. The adjourned date was **tomorrow, March 7, 2008**.

Mr. Gelman remains out of the office on family matters and is not expected to return until early next week. Although we have discussed with Mr. Gelman and provided a copy of the proposed facts, we both agree there are certain changes and inclusions that need to be made before we are able to submit same to Your Honor along with the Briefing Schedule. We jointly request, therefore, that Your Honor favorably consider our joint request for an extension of time to submit the Stipulated Facts until **next Friday, March 14, 2008** to enable Mr. Gelman and the undersigned to finalize the Stipulated Facts for Your Honor's consideration.

**MEMO ENDORSED**

Honorable Leonard B. Sand
United States District Judge
United States District Courthouse
March 6, 2008
Page 2

    We thank Your Honor for your kind attention to the foregoing and respectfully request that you favorably consider this request for an adjournment of the due date for the Stipulation Facts and Briefing Schedule to **March 14, 2008**.

Respectfully submitted,

BADIAK & WILL, LLP

JAMES P. KRAUZLIS

JPK/lmw

cc:  **VIA TELEFAX ONLY 212-332-8301**
    Ernest H. Gelman
    350 5th Avenue
    Suite 4908
    New York, New York 10118

*Extension granted*

*So ordered*
*[signature]*
*3/7/08*

**MEMO ENDORSED**