# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

106 THIRD STREET
MINEOLA, NY 11501-4404

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

**MEMO ENDORSED**

June 30, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08

Honorable Leonard B. Sand
United States District Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007

RE:  Swiss National Insurance Company v. Blue Anchor Line, et al.
     Dock Number: 07 Civ. 9423 (LBS)
     Our Ref.: 07-M-004-JK

Honorable Leonard B. Sand:

   Further to our letter of June 17, 2008, we have conferred further with counsel for the defendant, Blue Anchor Line, et al., regarding their intentions with regard to your Honor's holding in the Memorandum and Order dated June 10, 2008. We wish to advise your Honor that the parties are now proceeding in discovery on the issue of damages caused to the subject shipment.

   We respectfully request a period of ninety (90) days within which to complete discovery in the issue of damages.

   We respectfully request that your Honor favorably consider this joint request admitting the parties to conclude discovery on the issue of damages within the next ninety (90) days.

   Respectfully submitted,
   BADIAK & WILL, LLP

   JAMES P. KRAUZLIS

JPK:jm

cc:  Law Offices of Ernest H. Gelman
     The Empire State Building
     350 5th Avenue, Suite 4908
     New York, New York 10118

**MEMO ENDORSED**